ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
ROSE CONTAINERLINE, INC.,

          Plaintiff,         08 Civ. 10776 (LLS)

   - against -                ORDER

MAC ANDREWS & CO. LTD.,

          Defendant.
- - - - - - - - - - - - - - - - - -X

    It having been reported to the court that this action is settled, it is

    ORDERED, that this action is dismissed without prejudice and without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
       May 7, 2009

                                           _____
                                            LOUIS L. STANTON
                                               U. S. D. J.